Max Rae
OSB No. 813448
maxrae.atty@comcast.net
P.O. Box 7790
Salem, OR 97303
(503) 363-5424
Fax:  (503) 363-5460
Attorney for Plaintiff, Johnny R. Mowdy

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **JOHNNY R. MOWDY,**<br>            Plaintiff,<br><br>v.<br><br>**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION**,<br>            Defendant. | 6:16-cv-00842-YY<br><br><br>ORDER |

Attorney's fees in the amount of $25,556.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b).  The court finds this is a reasonable fee.

Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412.  For work performed herein, Plaintiff was awarded Equal Access To Justice Act attorney's fees, in the amount of $8,271.47.  (Docket # 24).  However, the U.S. Treasury applied $1,973 of that award to Plaintiff's child support debt.  Plaintiff's attorney received the net:  $6,298.47.  In a prior federal court case, Plaintiff's attorney received $3,371.03 in EAJA fees.  (Case no. 6:10-cv-06063-HO Docket #21, March 23, 2011).  In combination, Plaintiff's attorney received $9,669.50 in EAJA attorney fees.

When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fee previously received by the attorney and to send to Plaintiff's attorney, Max Rae, at the

address above, the balance of $15,887.25, minus any user fee.  Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this  11th day of  June , 2020.

                    /s/ Youlee Yim You
                    Youlee Yim You
                    United States Magistrate Judge

Presented by:

Max Rae, OSB 813448
(503) 363-5424
Attorney for Plaintiff, Johnny R. Mowdy

ORDER – MOWDY v. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, 6:16-cv-00842-YY